UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

DENNIS J. HARROW
TUESDAY A. HARROW

Bankruptcy No. 04-33306
Honorable WALTER SHAPERO
Chapter 13

Debtors.
_____/

### FIRST APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 (E.D.M.) FROM JANUARY 12, 2005 THROUGH AUGUST 30, 2005

NOW COMES CHIMKO, DZIALO & DIMOVSKI, PC, attorney for Debtors herein, and moves this Honorable Court as follows:

1. On August 11, 2004, the within Chapter 13 proceeding was commenced on behalf of the Debtors by the undersigned counsel, Chimko, Dzialo & Dimovski, PC.

2. That the fees and expenses previously approved are as follows:

$2,771.50 in fees and $30.20 in costs per Order dated March 3, 2005.

3. That the within Chapter 13 Plan was confirmed on January 11, 2005.

4. That subsequent to the confirmation of the within Plan, it became necessary for the undersigned counsel to render additional legal services in excess of the original fee agreement.

5. That pursuant to L.B.R. 2016(b) (E.D.M.), the undersigned counsel for Debtor(s) reviewed file notes; prepared correspondence to clients; reviewed proof of claims; reviewed PACER claims register; reviewed file for response to fee application; prepared certificate of no response; had telephone communications with clients; prepared multiple motions for refund; reviewed file; reviewed trustee's records; prepared file notes; reviewed correspondence from trustee's office; reviewed file for discharge eligibility; prepared correspondence to trustee's office; had telephone communications with trustee's office; prepared objection to proof of claim; reviewed file for response to objection to proof of claim; attended hearing on objection to claim of creditor; and prepared fee application.

6. That said legal services were necessary to the continuance of the Debtor(s) Chapter 13 Plan and are more particularized in the attached Statement of Services Rendered.

WHEREFORE, the undersigned counsel for Debtor(s) moves for award and payment of post-

confirmation attorney fees and costs as an administrative expense through the Debtor(s) Chapter 13 Plan in the amount of $1,321.00 in fees and $69.61 in costs for a total compensation of $1,390.61, Debtor(s) counsel having previously been awarded $2,801.70.

Respectfully submitted,

CHIMKO, DZIALO & DIMOVSKI, PC

By: _____
DARRYL J. CHIMKO (P31016)
ROBERT L. DZIALO (P31497)
DANIELA DIMOVSKI (60278)
Attorneys for Debtor(s)
P.O. Box 70368
Rochester, MI 48307-0368
(248) 564-4010

Dated: 8/30/05