IN RE:

DENNIS J. HARROW  
TUESDAY A. HARROW

Bankruptcy No. 04-33306  
Honorable WALTER SHAPERO  
Chapter 13

Debtors.

_____/

### FIRST ORDER AWARDING AND APPROVING PAYMENT OF POST-CONFIRMATION ATTORNEY FEE AND COSTS APPLICATION AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 AND 2016-2(a) (E.D.M.) FROM JANUARY 12, 2005 THROUGH AUGUST 30, 2005

This matter having come on to be heard upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-2(a) (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves applicant's fees and expenses as follows:

   | | |
   |---|---|
   | Prior award for Fees: | $2,771.50 |
   | Prior award for Costs: | $   30.20 |
   | Total award to Date: | $2,801.70 |
   | | |
   | This award for Fees: | $1,321.00 |
   | This award for Costs: | $   69.61 |
   | Total this award: | $1,390.61 |
   | | |
   | Amount paid directly by Debtor(s) | $    0.00 |
   | **Balance to be paid from Chapter 13 Plan** | **$1,390.61** |
   | | |
   | GRAND TOTAL FEES AND COSTS | $4,192.31 |

2. This award covers services rendered and expenses incurred from January 12, 2005 through August 30, 2005.

3. Debtor's(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.

4. The Chapter 13 Trustee shall disburse to applicant the fees and expenses awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

5. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following a discharge under 11 U.S.C. §1328 or dismissal.

_____  
U.S. BANKRUPTCY JUDGE

Prepared by:

DARRYL J. CHIMKO (P31016)  
ROBERT L. DZIALO (P31497)  
DANIELA DIMOVSKI (60278)  
Attorneys for Debtor  
P.O. Box 70368  
Rochester, MI 48307-0368  
(248) 564-4010



