

# Chimko, Dzialo, Dimovski, P.C.

P.O. Box 70368
Rochester, MI 48307-0368
www.888aid4debt.com
248-564-4010
Fax 248-852-2330

Darryl J. Chimko
Robert L. Dzialo
Daniela Dimovski

August 30, 2005


EXHIBIT B

Dennis and Tuesday Harrow
209 Hansberger Street
Almont, MI 48003

Re: Chapter 13 Case Number 04-33306
Billing Statement for Services Rendered

| Date | Service | Time | Staff | Charge |
|---|---|---|---|---|
| 1/17/2005 | Telephone message left for Trustee's Office regarding cut in hours | | DD | N/C |
| 1/19/2005 | Receipt and review of Trustee's Report on Timely Filed Claims | 0.2 | DD | $41.00 |
| 1/20/2005 | Preparation of Motion and Order Approving Refund | 0.5 | DD | $102.50 |
| 1/20/2005 | Telephone call with Trustee's Office regarding refund | 0.1 | DD | $20.50 |
| 1/25/2005 | Preparation of Proof of Service; service of true copy of Amended Payment Order | 0.1 | AMH | $6.50 |
| 1/27/2005 | Facsimile transmission to Trustee with Motion and Order Approving Refund | | DD | N/C |
| 1/27/2005 | Telephone call with client regarding refund | 0.1 | DD | $20.50 |
| 1/27/2005 | Receipt and review of correspondence from Trustee regarding wage order | 0.1 | DD | $20.50 |
| 1/31/2005 | Letter to clients regarding confirmation of Plan | 0.1 | DD | $20.50 |
| 1/31/2005 | Preparation of Certificate of No Response to Objection to Claim of Capital One FSB | 0.1 | DD | $20.50 |
| 1/31/2005 | Preparation of Proof of Service; service of true copy of Order Approving Request for Refund | 0.1 | AMH | $6.50 |

| Date | Description | Hours | Atty | Amount |
|---|---|---|---|---|
| 2/1/2005 | Preparation of Proof of Service; service of true copy of Order Confirming Plan on matrix | 0.1 | AMH | $6.50 |
| 2/1/2005 | Letter to client with copy of insurance cancellation of FMCC | 0.1 | DD | $20.50 |
| 2/3/2005 | Preparation of Proof of Service; service of time-stamped Application for Attorney Fees on Trustee | 0.1 | AMH | $6.50 |
| 2/8/2005 | Travel to and from court for hearing on Objection to Claim of FMCC | 0.1 | DD | $20.50 |
| 2/8/2005 | Attendance at hearing on Objection to Claim of FMCC (total time 1.5 hours/20 files scheduled) | 0.1 | DD | $20.50 |
| 2/16/2005 | Preparation and service of Substitution of Attorneys | 0.1 | DD | $20.50 |
| 2/17/2005 | Preparation of Proof of Service; service of true copy of Order Granting Objection to Claim of Capital One FSB | 0.1 | AMH | $6.50 |
| 2/23/2005 | Telephone message left for creditor regarding Proof of Claim | | DD | N/C |
| 2/24/2005 | Preparation of Certificate of No Response to Application for Attorney Fees | 0.1 | DD | $20.50 |
| 2/25/2005 | Telephone call with client regarding refund | 0.1 | DD | $20.50 |
| 2/25/2005 | Preparation of Second Motion and Order Approving Refund | 0.5 | DD | $102.50 |
| 2/28/2005 | Telephone call with client regarding FMCC | 0.1 | DD | $20.50 |
| 3/1/2005 | Travel to and from court for hearing on Objection to Claim of FMCC | 0.1 | DD | $20.50 |
| 3/1/2005 | Attendance at hearing on Objection to Claim of FMCC (total time 5.5 hours/16 files scheduled) | 0.3 | DD | $61.50 |
| 3/3/2005 | Telephone message left for client regarding refund | | DD | N/C |
| 3/9/2005 | Preparation of Proof of Service; service of true copy of Stipulated Order Granting Objection to Claim of FMCC | 0.1 | AMH | $6.50 |
| 3/10/2005 | Preparation of Proof of Service; service of true copy of Order Granting application for Attorney Fees | 0.1 | AMH | $6.50 |
| 3/14/2005 | Preparation of Proof of Service; service of true copy of Order Approving Refund | 0.1 | AMH | $6.50 |
| 3/25/2005 | Email correspondence to Trustee's Office regarding 3rd refund | 0.1 | DD | $20.50 |

Dennis and Tuesday Harrow
August 30, 2005
Page 3

| Date | Description | Hours | Atty | Amount |
|---|---|---|---|---|
| 3/29/2005 | Email correspondence to Trustee's Office regarding 3rd refund; telephone call with client regarding refund | 0.1 | DD | $20.50 |
| 3/29/2005 | Preparation of 3rd Motion and Order Requesting Refund | 0.5 | DD | $102.50 |
| 4/4/2005 | Preparation of Proof of Service; service of true copy of Order Approving Refund | 0.1 | AMH | $6.50 |
| 4/4/2005 | Telephone call with Trustee's Office regarding attorney fee check | 0.1 | DD | $20.50 |
| 5/5/2005 | Preparation of Amended Statement of Attorney Pursuant to 2016(b), Retainer Agreement and Consent Order Allowing Counsel to Withdraw; letter to client with documents to review and sign | 0.4 | DD | $82.00 |
| 5/6/2005 | Telephone call with client regarding Amended Statement of Attorney Pursuant to 2016(b), Retainer Agreement and Consent Order Allowing Withdrawal | 0.4 | AMH | $26.00 |
| 5/12/2005 | Telephone call with client regarding possible refinancing | 0.1 | DD | $20.50 |
| 5/16/2005 | Telephone message from client regarding additional refund | | DD | N/C |
| 5/17/2005 | Preparation of 4th Motion and Order Requesting Refund; facsimile transmission to Trustee | 0.5 | DD | $102.50 |
| 5/18/2005 | Telephone call with client regarding refund | 0.1 | DD | $20.50 |
| 5/24/2005 | Telephone call with client regarding lien release | 0.1 | DD | $20.50 |
| 7/18/2005 | Telephone message left for client regarding refund | | DD | N/C |
| 7/18/2005 | Preparation of 5th Motion and Order Requesting Refund; facsimile transmission to Trustee | 0.5 | DD | $102.50 |
| 7/22/2005 | Telephone call with client regarding refund | 0.1 | DD | $20.50 |
| 7/26/2005 | Conducted six-month review of file; review of claims register; review of payment history; review of Trustee's records | 0.5 | DD | $102.50 |
| 8/4/2005 | Preparation of Proof of Service; service of true copy of Motion and Order Requesting Refund | 0.1 | AMH | $6.50 |
| 8/5/2005 | Letter to clients regarding six-month review | 0.1 | DD | $20.50 |

| | | | |
|---|---|---|---|
| Darryl J. Chimko (DJC): $250.00/hr | 0 | | |
| Robert L. Dzialo (RLD): $220.00/hr | 0 | | |
| Daniela Dimovski (DD): $205.00/hr | 6 | | |
| Alyssa Hughes (AMH) $ 65.00/hr | 1.4 | | |
| TOTAL FEES | | | $1,321.00 |

Dennis and Tuesday Harrow
August 30, 2005
Page 4

## Costs

| | | |
|---|---|---|
| Photocopying Expense (206 @ $.15 each) | $30.90 | |
| Postage (actual) | $38.71 | |
| TOTAL COSTS: | | $69.61 |
| Amounts Received from Clients | | $0.00 |
| **TOTAL DUE AND OWING:** | | $1,390.61 |