UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

DENNIS J. HARROW
TUESDAY A. HARROW

Bankruptcy No. 04-33306
Honorable WALTER SHAPERO
Chapter 13

Debtors.
_____/

## ATTORNEY'S BIOGRAPHICAL STATEMENT IN SUPPORT OF APPLICATION FOR FEES

CHIMKO, DZIALO & DIMOVSKI, P.C., counsel for Debtor herein, submits the following brief biographical statement in support of its Application for Attorney Fees as follows:

**DARRYL J. CHIMKO**

Experience

- Managing Partner, Chimko, Dzialo & Dimovski, P. C., 2003-present
- Partner, Shermeta, Chimko & Adams, P.C., 1983-2003

Education

- B.S. in Criminal Justice, Michigan State University, 1976
- J.D. from Detroit College of Law, 1979

Associations

- Member, American Bar Association
- Member, American Bankruptcy Institute
- Member, Commercial Law League

Admitted To Practice
State Bar of Michigan, United States Federal District and Bankruptcy Courts: Eastern District of Michigan; Western District of Michigan; Northern District of Ohio; Northern District of Indiana; Southern District of Indiana; Central District of Illinois; Southern District of Illinois and the Northern District of California

Areas of Legal Concentration
Consumer/Commercial Bankruptcy, Debtor/Creditor Rights and Insolvency

Other

- Author of several articles on the topics of Bankruptcy Law, Insolvency and Debtor/Creditor Relations
- Lecturer/Speaker (nationwide) on the topics of Bankruptcy Law, Insolvency and Debtor/Creditor Relations
- Recipient of the Croney Award from Visa U.S.A. for distinguished service in the area of Bankruptcy Law
- Associate Member, National Association of Bankruptcy Trustees



**EXHIBIT**

# ROBERT L. DZIALO

Experience

- 1979 Judicial law clerk for Michigan Court of Appeals Judge William R. Beasley
- UAW Legal Services Plan, staff attorney for bankruptcy and real estate, 1983-1988
- Michigan National Bank, Vice President bankruptcy recovery department, 1988-1989
- Shermeta, Chimko & Adams, P.C., associate attorney, bankruptcy department, 1990-2003
- Partner, Chimko, Dzialo & Dimovski, P. C., 2003-present

Education

- 1973 Bachelor of Arts from University of Michigan,
- 1977 Masters Degree from University of Michigan
- 1979 Juris Doctorate from University of Michigan

Association

- Member Consumer Bankruptcy Association

Admitted To Practice
State Bar of Michigan; U.S. District Court Eastern District of Michigan; U.S. District Court Western District of Michigan

Areas of Legal Concentration
Consumer/Commercial Bankruptcy, Debtor/Creditor Rights and Insolvency


# DANIELA DIMOVSKI

Experience

- Shermeta, Chimko & Adams, P.C. associate attorney, bankruptcy department, 2000-2003
- Partner, Chimko, Dzialo & Dimovski, P. C., 2003-present

Education

- Bachelor of Arts, Michigan State University, 1995
- Juris Doctorate, Thomas M. Cooley, 1999
  - Dean's List
  - Thomas Cooley Journal of Practical and Clinical Law

Associations

- Member Consumer Bankruptcy Association
- Member Young Bankruptcy Lawyers Committee
- Member American Bar Association
- Member American Bankruptcy Institute
- Member National Association of Chapter 13 Trustees

Admitted To Practice

State Bar of Michigan; U.S. District Court Eastern District of Michigan; U.S. District Court



Western District of Michigan; U.S. Court of Appeals Sixth Circuit

**Areas of Legal Concentration**

Consumer/Commercial Bankruptcy, Debtor/Creditor Rights and Insolvency

**Continuing Legal Education**

- ABI Central States Bankruptcy Workshop, June 2001
- NACTT, July 2001
- ABI Central States Bankruptcy Workshop, June 2002
- NACTT, July 2002
- NABT, August 2003
- ABI Central States Bankruptcy Workshop, June 2003
- NACTT, July 2003
- NCBJ, October 2003
- CBA, October 2003
- CBA, June 2004
- ABI, Central States 2004
- ABI, Central States 2005
- NACTT, July 2005
- CBA, 2005

Respectfully submitted,

CHIMKO, DZIALO & DIMOVSKI, PC

By: _____
DARRYL J. CHIMKO (P31016)
ROBERT L. DZIALO (P31497)
DANIELA DIMOVSKI (60278)
Attorneys for Debtor
P.O. Box 70368
Rochester, MI 48307-0368
(248) 564-4010

Dated: 8/30/05

