UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan, Flint Division
-------------------------------------------X

FILED
2005 SEP 19 AM 12:26
U.S. [illegible] COURT
E.D. MICHIGAN-FLINT

In re:
Dennis Harrow , Debtor(s)

209 HANSBERGER ST
ALMONT, MI 48003

Chapter: 13
Case No.: 0433306
Unsecured Claim Amt:
Secured Claim Amt: $17033.22
Chapter 13 Trustee: Patrick Kavanagh
Unsecured Claim No.:
Secured Claim No.: 16

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002**

The "Purchaser/Transferee/Assignee identified below hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claim(s) referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/ Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s): CitiFinancial Investment Recovery

Account number: 0117972309
Dated: September 15, 2005

SELLER/TRANSFEROR/ASSIGNOR:
CitiFinancial Investment Recovery
PO BOX 913
Owings Mills, MD 21117

By: See attached assignment

PURCHASER/ASSIGNEE/TRANSFEREE:
RESURGENT CAPITAL SERVICES
P.O. BOX 10675
GREENVILLE, SC 29603-0675
TOLL FREE: (800) 365-7107
FAX: (864) 678-8782

By: Michelle Cutting
Michelle Cutting
Bankruptcy Coordinator

FILED GREENVILLE, SC

JUDY C. HIX REGISTER OF DEEDS

## Limited Power of Attorney

WHEREAS, CitiFinancial Inc. ("Seller") has sold certain Mortgage Loans to Sherman Originator LLC ("Buyer") pursuant to that certain Purchase and Sale Agreement dated 1/8/04 ("Agreement"). (Capitalized terms not otherwise defined herein have the meaning set forth in the Agreement.)

WHEREAS, Buyer has retained the services of Alegis Group ("Servicer") to service said Mortgage Loans on behalf of Buyer and directed Seller to issue this Limited Power of Attorney in favor of Servicer.

Now, therefore, Seller does hereby constitute and appoint Servicer the true and lawful attorney-in-fact of Seller and in Seller's name, place and stead for the following, and only the following purposes:

(i) executing, acknowledging, and delivering any Assignment of Mortgage or other document necessary to transfer, transfer to or vest in Buyer, or to protect the right, title and interest of Buyer in and to, those Mortgage Loans sold to Buyer; provided, however, that any endorsement given or made pursuant hereto with respect to any Mortgage Note or other instrument evidencing a Mortgage Loan or an interest therein shall be so given or made without recourse and without any representation or warranty of any kind, except to the extent otherwise expressly provided in the Agreement;

(ii) endorsing, as agent for Seller, any checks or other instruments (made payable to Seller) received as payment with respect to the Mortgage Loans after each related Closing Date; and

(iii) signing notices of transfers of claims in respect of the Mortgage Loans sold to Buyer pursuant to the Agreement.

Seller intends that this Limited Power of Attorney ("POA") is coupled with an interest and not revocable.

Seller further grants to Servicer as its attorney-in-fact full authority to act in any manner both proper and necessary to exercise the foregoing powers, and ratifies every act that Servicer may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS WHEREOF, Seller has executed this Limited Power of Attorney this 12th day of January, 2004.

Seller: CitiFinancial Inc.

By: [signature]

Name: Melissa Bauerlein

Title: Supervisor

CERTIFIED TO BE A TRUE AND CORRECT COPY OF DOCUMENT ON FILE IN THIS OFFICE. REGISTER OF MESNE CONVEYANCE GREENVILLE COUNTY, SC DATE APR 19 2004

STATE OF Maryland
COUNTY OF Baltimore

On this, the 12 day of January 2004, the foregoing instrument was acknowledged before me, a notary public, in and for the State of Maryland, by Melissa Bauerlein, personally known to me, by me duly sworn, did say he/she is the Supervisor of CitiFinancial Inc.

[signature]

Notary Public
My Commission Expires: 7/1/07

PATRICIA AYERS NOTARY PUBLIC BALTIMORE CO., MD

04-19-2004 01L0201 RECORDING FEE 15.0

~~03-15-2004 01L4970~~ ~~RECORDING FEE 15.00~~

RE: Harrow, Dennis
0433306

**PROOF OF SERVICE**

I certify that a copy of the foregoing documents were served upon the following persons by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, September 15, 2005.

U.S. Bankruptcy Court
600 Church Street
Federal Bldg.
Flint, MI 48502

Daniel Dimovski
PO BOX 70368
Rochester, MI 48307-0368

Carl Bekofske
510 West Court St.
Flint, MI 48503

Michelle Cutting