UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

DENNIS J. HARROW  
TUESDAY A. HARROW

Bankruptcy No. 04-33306  
Honorable WALTER SHAPERO  
Chapter 13

Debtors.
_____/

### CERTIFICATION OF NON-RESPONSE PURSUANT TO L.B.R. 9014-1 (E.D.M.)

STATE OF MICHIGAN )
                )SS.
COUNTY OF WAYNE )

DANIELA DIMOVSKI, being first duly sworn deposes and says that she is the attorney of record for the within Debtor(s) and that a copy of the NOTICE OF FIRST APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN has been served, that more than TWENTY (20) days have elapsed since that service and that he has received neither oral nor written objections to the entry of said Order from any interested party.

Furthermore, deponent sayeth not.

Respectfully submitted,

CHIMKO, DZIALO & DIMOVSKI, PC,

By: _____
DARRYL J. CHIMKO (P31016)
ROBERT L. DZIALO (P31497)
DANIELA DIMOVSKI (60278)
Attorneys for Debtor
P.O. Box 70368
Rochester, MI 48307-0368
(248) 564-4010

Subscribed and sworn to before me
On the 24th day of September, 2005

_____
ALYSSA M. HUGHES, Notary Public
Oakland County, Michigan
My Commission Expires: 12-13-2006

