UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

DENNIS J. HARROW
TUESDAY A. HARROW

Bankruptcy No. 04-33306
Honorable DANIEL S. OPPERMAN
Chapter 13

Debtors.
_____/

## NOTICE OF CONVERSION TO CASE UNDER CHAPTER 7

DENNIS J. HARROW and TUESDAY A. HARROW, Debtors, hereby gives notice pursuant to 11 U.S.C. Section 1307(a) that he hereby converts this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: 11-14-08

_____
DENNIS J. HARROW, Debtor

Dated: 11-14-08

_____
TUESDAY A. HARROW, DEBTOR



Chimko,
Dzialo
Dimovski, P.C.

P.O. Box 70368
Rochester, Michigan 48307-0368

04-33306-dof    Doc 97    Filed 11/14/08    Entered 11/14/08 14:07:33    Page 1 of 4



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

DENNIS J. HARROW
TUESDAY A. HARROW

Bankruptcy No. 04-33306
Honorable DANIEL S. OPPERMAN
Chapter 13

Debtors.
_____/

## SCHEDULE OF UNPAID DEBTS, EXECUTORY CONTRACTS AND PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE

NOW COMES Debtors, DENNIS J. HARROW and TUESDAY A. HARROW, and states unto this Honorable Court as follows:

**SCHEDULE OF UNPAID DEBTS ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE**

Detroit Edison $705.01
P.O. Box 33189
Detroit MI 48232-5189

Kamego Chiropractic Clinic LC, $335.00
716 N. Van Dyke Rd.
Almont, MI 48003

Jefferson Capital System $765.00
16 McLeland Rd
Saint Cloud, MN 56303

First Premier Bank $759.00
3820 N Louise Ave
Sioux Falls, SD 57107-0145

HSBC Bank $706.00
P.O. Box 5253
Carol Stream, IL 60197

LVNV Funding $1372.00
Resergent Capital Services
P.O. Box 10587
Greenville, S.C. 29603

Verizon Wireless $739.00
P.O. Box 1850
Folsom, CA 95630

Verizon North $467.00
P.O. Box 165018
Columbus, OH 43216-5018

First Premier Bank $759.00
P.O. Box 5519
Sioux Falls, SD 57117-5519

Portfolio Recovery Associates, LLC $666.00
Collection Agency for HSBC
P.O. Box 12914
Norfolk, VA 23541

Financial Asset Management Systems, Inc
Direct TV
P.O. Box 451409
Atlanta, GA 31145-9409

**EXECUTORY CONTRACTS ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE**

None

**PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE**

NONE

Dated: 11-14-08

DENNIS J. HARROW, Debtor

Dated: 11-14-08

TUESDAY A. HARROW, Debtor



Chimko,
Dzialo
&Dimovski, P.C.
P.O. Box 70368
Rochester, Michigan 48307-0368



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

DENNIS J. HARROW  
TUESDAY A. HARROW

Bankruptcy No. 04-33306  
Honorable DANIEL S. OPPERMAN  
Chapter 13

Debtors.
_____/

## STATEMENT OF INTENTIONS

Debtor desires to surrender the following property:

    Citifinancial  
    PO Box 220745  
    Charlotte NC 28222-0000

    Countrywide Home Loans  
    POB 5170  
    Simi Valley CA 93062-5170

Debtor desires to retain / pay the following property:

    (1995 Chevrolet Blazer)  
    Ford Motor Credit Company  
    Department 267901  
    P.O. Box 55000  
    Detroit MI 48255-2679

    (1997 Chevrolet Blazer)  
    Ford Motor Credit Company  
    Department 267901  
    P.O. Box 55000  
    Detroit MI 48255-2679

Debtor desires to reaffirm the following property:

    None

Debtor is rejecting the following leases:

    None

Debtor desires to accept the following leases:

    None

Dated: 11-14-08

DENNIS J. HARROW, Debtor

Dated: 11-14-08

TUESDAY A. HARROW, Debtor