# UNITED STATES BANKRUPTCY COURT
# Eastern District of Michigan

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 8/11/04 and was converted to a case under chapter 7 on 11/14/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis J. Harrow<br>209 Hansberger St.<br>Almont, MI 48003 | Tuesday A. Harrow<br>209 Hansberger St.<br>Almont, MI 48003 |
| Case Number:<br>**04−33306−dof** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8298<br>xxx−xx−6363 |
| Attorney for Debtor(s) (name and address):<br>Darryl J. Chimko<br>P.O. Box 70368<br>Rochester, MI 48307−0368<br>Telephone number: (248) 564−4010 | Bankruptcy Trustee (name and address):<br>Michael A Mason<br>516 West Court<br>Flint, MI 48503<br>Telephone number: 810−234−4941 |

## Meeting of Creditors

Date: **December 18, 2008** Time: **10:00 AM**

Location: **600 Church Street, Room G−19, Federal Building, Flint, MI 48502**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/16/09**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>226 West Second Street<br>Flint, MI 48502<br>Telephone number: 810−235−4126 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 11/14/08 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 20 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

# CERTIFICATE OF NOTICE

District/off: 0645-4 User: psale Page 1 of 2 Date Rcvd: Nov 14, 2008
Case: 04-33306 Form ID: b9a Total Served: 39

The following entities were served by first class mail on Nov 16, 2008.

| | |
|---|---|
| db | +Dennis J. Harrow, 209 Hansberger St., Almont, MI 48003-8936 |
| db | +Tuesday A. Harrow, 209 Hansberger St., Almont, MI 48003-8936 |
| aty | +Daniela Dimovski, P.O. Box 70368, Rochester, MI 48307-0008 |
| aty | +Darryl J. Chimko, P.O. Box 70368, Rochester, MI 48307-0008 |
| tr | +Michael A Mason, 516 West Court, Flint, MI 48503-5025 |
| 6876233 | +Accounts Receivables Mgt., P.O. Box 129, Thorofare NJ 08086-0129 |
| 6876234 | +Allied Interstate, Inc., P.O. Box 361774, Columbus OH 43236-1774 |
| 6876236 | +CBE Group, Inc., 131 Tower Park, Suite 100, P.O. Box 2635, Waterloo IA 50704-2635 |
| 6876239 | +Countrywide, P.O. Box 660694, Dallas TX 75266-0694 |
| 7016684 | +Countrywide Home Loans Inc., Bankruptcy Department, 400 Countrywide Way, Simi Valley CA 93065-6298 |
| 6934097 | +Countrywide Home Loans, Inc., c/o McCalla, Raymer, et. al., Bankruptcy Department, 1544 Old Alabama Road, Roswell, Georgia 30076-2102 |
| 6876240 | +Cross Country Bank, P.O. Box 10004, Huntington WV 25770-0004 |
| 6925292 | +First Express, P.O. box 856021, Lousiville KY 40285-6021 |
| 7117700 | +Ford Motor Credit, R. Kilpatrick, 903 N. Opdyke, Ste. C, Auburn Hills, MI 48326-2693 |
| 6925294 | +Ford Mtoor Credit, Drawer 55-953, P.O. box 55000, Detroit, MI 48255-0001 |
| 6876244 | +Karen Klos, 14919 Hough Rd., Allenton MI 48002-3711 |
| 6876245 | +Kortes IGA, Postelly & Notlage, PLLC, 3724 West St. Joseph, Lansing MI 48917-3662 |
| 15871915 | +LISA WIGGINS, 284 ALMONT, ALMONT, MI 48003-8601 |
| 6876248 | +Mary and Mitchell Terzich, P.O. Box 115, Almont MI 48003-0115 |
| 6876249 | +Meyer & Njus, PA, 1100 Pillsbury Ctr., 2000 South Sixth Street, Minneapolis MN 55418-4414 |
| 6876250 | +Michigan Accts. Receivable, Collection System, P.O. Box 30149, Lansing MI 48909-7649 |
| 6876251 | +Michigan Attorney General, 3030 W. Grand Blvd., 10th Floor, Suite 200, Detroit MI 48202-6030 |
| 6876252 | +Michigan Department of Treas., Collection Division, P.O. Box 30199, Lansing MI 48909-7699 |
| 6876253 | +Nationwide Ins., 71070 Vandyke, Romeo MI 48065-3898 |
| 6923911 | +Retailers National Bank, c/o Weinstein Treiger & Riely, 2101 Fourth Ave Suite 900, Seattle WA 98121-2339 |
| 7176931 | +State of Michigan, Dept. of Treausry, Treasury Bldg., Lansing mI 48922-0001 |
| 6876255 | +U.S. Trustee, 211 W. Fort, Ste. 700, Detroit MI 48226-3263 |

The following entities were served by electronic transmission on Nov 15, 2008.

| | |
|---|---|
| 7016878 | +EDI: BLINE.COM Nov 14 2008 23:18:00 B-Line, c/o Weisntein Treiger & Riley, 2101 Fourth AVe suite ;900, Seattle WA 98121-2339 |
| 6876235 | +EDI: CAPITALONE.COM Nov 14 2008 23:18:00 Capital One, P.O. Box 85617, Richmond VA 23276-0001 |
| 6876238 | EDI: CIAC.COM Nov 14 2008 23:18:00 Citi Financial, Inc., P.O. box 220745, Charlotte NC 28222-0745 |
| 7565485 | +EDI: CIAC.COM Nov 14 2008 23:18:00 CitiFinancial, Investment Recovery, P.O. Box 913, Owingsmills MD 21117-0700 |
| 6876241 | +EDI: ESSL.COM Nov 14 2008 23:18:00 Dish Network, PO Box 6633, Englewood, CO 80155-6633 |
| 6876242 | +EDI: TSYS2.COM Nov 14 2008 23:18:00 Fashion Bug, P.O. Box 856021, Louisville KY 40285-6021 |
| 6876243 | +EDI: FORD.COM Nov 14 2008 23:18:00 Ford Motor Credit, P.O. Box 55000, Detroit MI 48255-0001 |
| 6876246 | +EDI: RMSC.COM Nov 14 2008 23:18:00 Lowe’s, P.O. Box 105980, Dept. 79, Atlanta GA 30353-5980 |
| 6876247 | +EDI: TSYS2.COM Nov 14 2008 23:18:00 Marshall Fields, Retailers National Bank, P.O. Box 59231, Minneapolis MN 55459-0231 |
| 6876254 | +EDI: WTRRNBANK.COM Nov 14 2008 23:18:00 Retailers Nat’l Bank - Target, P.O. Box 59231, Minneapolis MN 55459-0231 |
| 15659328 | +EDI: BLINE.COM Nov 14 2008 23:18:00 Roundup Funding, LLC, MS 550, PO Box 91121, SEATTLE, WA 98111-9221 |
| 7058322 | +EDI: ECAST.COM Nov 14 2008 23:18:00 eCast Settlement Corp., P.O. Box 35480, Newark NJ 07193-5480 |

TOTAL: 12

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | |
|---|---|
| 6876237 | Cingular Wireless, c/o Creditors Bankruptcy Service, P.O. Box 740933 |
| aty* | +Daniela Dimovski, P.O. Box 70368, Rochester, MI 48307-0008 |

TOTALS: 1, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008** **Signature:** Joseph Speetjens