UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 7 No. 04-33306
Dennis J. Harrow and
Tuesday A. Harrow  Hon. Daniel S. Opperman
                Debtors.
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.


/S/ Adam Reatherford (P70827)
/S/ Shawn C. Drummond (P58471)
/S/ David Montera (P40456)
Attorney for Mortgage Electronic Registration Systems, Inc., as nominee for Lender, its successors and assigns with Countrywide Home Loans Servicing, L.P. as servicer for Lender
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
Email: EasternECF@trottlaw.com




T&T #018742B03

TROTT & TROTT, P.C.
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

STATEMENT REGARDING OWNERSHIP OF Countrywide Home Loans Servicing, L.P. CORPORATION

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Bank of America
Address: 2380 Performance Dr Bldg C, Richardson, TX 75082

Name:
Address:

Name:
Address:

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 11/20/08

Signature of Authorized Individual
For Corporate Party

Anamaria Atkins
Print Name

Bankruptcy Specialist
Title