**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:
Dennis J. Harrow and
Tuesday A. Harrow
Debtors.
_______________________________/

Chapter 7 No. 04-33306

Hon. Daniel S. Opperman

**CERTIFICATION THAT NO RESPONSE HAS BEEN FILED TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)**

Now comes Mortgage Electronic Registration Systems, Inc., as nominee for Lender, its successors and assigns with Countrywide Home Loans Servicing, L.P. as servicer for Lender, by and through its attorneys, Trott & Trott, P.C., and states as follows:

1. Movant, Mortgage Electronic Registration Systems, Inc., as nominee for Lender, its successors and assigns with Countrywide Home Loans Servicing, L.P. as servicer for Lender having filed a MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) on or about January 5, 2009;

2. A copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and a copy of the Notice of Motion with regard to the property located at 209 Hansberger St, Almont, MI 48003-8936, were served upon all interested parties either electronically or by depositing said copies on January 5, 2009 in the U.S. mail;

3. As of January 26, 2009 no party has filed an answer or written objection to the MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3).

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

Respectfully Submitted,
Trott & Trott, P.C.

Dated January 26, 2009

/S/ Fatima Siddique (P70004)
/S/ Adam Reatherford (P70827)
/S/ Shawn C. Drummond (P58471)
Attorney for Mortgage Electronic Registration Systems, Inc., as nominee for Lender, its successors and assigns with Countrywide Home Loans Servicing, L.P. as servicer for Lender
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
Email: EasternECF@trottlaw.com