UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: DENNIS J. HARROW  
      209 HANSBERGER ST.  
      ALMONT, MI 48003

Case No.: 04-33306-DOF  
Judge: DANIEL S. OPPERMAN

TRUSTEE'S FINAL ACCOUNTING AND REPORT AND PROOF OF SERVICE

CONVERTED AFTER CONFIRMATION

SSN#1 - XXX-XX-8298  
SSN#2 - XXX-XX-6363

This Case was commenced on 08/11/2004  
The Plan was Confirmed on 01/14/2005  
The Case was concluded on 11/14/2008

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:     $114,345.00

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| ALLIED INTERSTATE INC.<br>  02 CREDIT CARD | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE<br>  01 CREDIT CARD | LATE UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| CHARMING SHOPPES/ FASHION BUG<br>  03 CREDIT CARD | UNSECURED | 745.18 | 0.00 | 0.00 | 67.07 |
| CINGULAR WIRELESS<br>  04 CELL PHONE | UNSECURED | 627.29 | 0.00 | 0.00 | 56.46 |
| CITI FINANCIAL<br>  CURRENT AT FILING | MORTGAGE ARREARS | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS<br>  THRU 8/04 | MORTGAGE ARREARS | 6,299.62 | 2,875.21 | 0.00 | 3,424.41 |
| COUNTRYWIDE HOME LOANS<br>  209 HANSBERGER ST. | MONTHLY MORTGAGE | 0.00 | 80,338.85 | 0.00 | 0.00 |
| DISH NETWORK<br>  04 CABLE TV | UNSECURED | 284.51 | 0.00 | 0.00 | 25.61 |
| ECAST SETTLEMENT CORPORATION<br>  02 CREDIT CARD | UNSECURED | 1,564.96 | 0.00 | 0.00 | 140.85 |
| FORD MOTOR CREDIT<br>  Split Claim | UNSECURED | 564.35 | 0.00 | 0.00 | 50.79 |
| FORD MOTOR CREDIT<br>  95 CHEVY BLAZER | SECURED CREDITOR | 2,550.00 | 1,049.80 | 568.88 | 1,515.20 |
| FORD MOTOR CREDIT<br>  97 CHEVY BLAZER | UNSECURED | 11,930.14 | 0.00 | 0.00 | 1,073.71 |
| KAREN KLOS<br>  99 MISC. DEBT | UNSECURED | 2,238.28 | 0.00 | 0.00 | 201.45 |
| KORTES IGA<br>  03 JUDGMENT | UNSECURED | 2,472.86 | 0.00 | 0.00 | 222.56 |
| LISA WIGGINS<br>  LOAN | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MARY AND MITCHELL TERZICH<br>  02 MISC. DEBT | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS.<br>  02-03 INCOME | PRIORITY | 757.62 | 0.00 | 0.00 | 757.62 |
| NATIONWIDE INSURANCE<br>  04 CREDIT CARD | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |

| CASE NO: 04-33306-DOF | | DENNIS J. HARROW and TUESDAY A. HARROW | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
| RESURGENT CAPITAL SERVICES  209 HANSBERGER (2ND) | SECURED CREDITOR | 17,033.22 | 6,842.96 | 4,013.36 | 10,292.16 |
| RETAILERS NATIONAL BANK-MARSHA  03 CREDIT CARD | UNSECURED | 449.32 | 0.00 | 0.00 | 40.44 |
| ROUNDUP FUNDING LLC  03 CREDIT CARD | UNSECURED | 3,701.72 | 0.00 | 0.00 | 333.15 |
| TARGET NATIONAL BANK  01 CREDIT CARD | UNSECURED | 632.98 | 0.00 | 0.00 | 56.97 |
| DENNIS J. HARROW | REFUND | 10,333.00 | 10,333.00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 106,221.69 | 757.62 | 25,211.59 | | 10,333.00 | 142,523.90 | TOTAL PAID |
| PRIN. PAID | 91,106.82 | 0.00 | 0.00 | | 10,333.00 | 101,439.82 | PRIN. AND INT. |
| INT. PAID | 4,582.24 | 0.00 | 0.00 | | | 4,582.24 | 106,022.06 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| CHIMKO, DZIALO & DIMOVSKI PC | 812.82 | 812.82 |
| CHIMKO, DZIALO & DIMOVSKI PC | 4,010.72 | 4,010.72 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 185.00 | 3,499.40 | 0.00 | 3,684.40 |

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Carl L. Bekofske as Trustee and releasing Carl L. Bekofske and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 02/10/2009

/s/ Carl L. Bekofske
Carl L. Bekofske